**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-CV-24066-CMA

ALAN GUERECA, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.

MOTORSPORT.TV DIGITAL, LLC,

    Defendant.

_____

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Kyle W. Woodford of Wood, Smith, Henning & Berman LLP, appears in this case as counsel for Defendant, MOTORSPORT.TV DIGITAL, LLC, and requests that all future pleadings, notices, motions, orders, correspondence, and other documents filed in these proceedings be served upon the undersigned.

    Respectfully submitted,

Dated: December 19, 2024

*/s/ Kyle W. Woodford*
Kyle W. Woodford, FBN: 1033490
**WOOD, SMITH, HENNING & BERMAN LLP**
1501 South Church Avenue, Suite 200
Tampa, Florida 33629
Telephone:  813-422-6910
Fax:  813-425-6983
kwoodford@wshblaw.com
tsharp@wshblaw.com

*Counsel for Motorsport.tv Digital, LLC*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 19, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Kyle W. Woodford*_____
Kyle W. Woodford

2