UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:24-CV-24066

ALAN GUERECA, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.

MOTORSPORT.TV DIGITAL, LLC,

    Defendant.

### PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Plaintiff Alan Guereca hereby provides notice as required under the Court's Order Requiring Scheduling Report and Certificates of Interested Parties. Plaintiff identifies the following persons and entities as having a financial interest in the case:

Plaintiff Alan Guereca

Defendant Motosport.tv Digital, LLC

Hedin LLP (counsel for Plaintiff)

Arun G. Ravindran (counsel for Plaintiff)

Wood, Smith, Henning & Berman LLP (counsel for Defendant)

Kyle W. Woodford (counsel for defendant)

Dated: December 20, 2024

    Respectfully submitted,

    By: */s/ Arun G. Ravindran*

    **HEDIN LLP**
    FRANK S. HEDIN (FBN: 109698)
    ARUN G. RAVINDRAN (FBN: 66247)
    1395 Brickell Ave, Suite 610

Miami, Florida 33131  
Telephone: (305) 357-2107  
Facsimile: (305) 200-8801  
E-Mail: fhedin@hedinllp.com

aravindran@hedinllp.com

*Counsel for Plaintiff and the Putative Class*