UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ALAN GUERECA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOTORSPORT.TV DIGITAL, LLC,<br><br>Defendant. | Case No. 1:24-CV-24066-CMA |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Motorsport.tv Digital, LLC, by and through their undersigned counsel, pursuant to this Court's Order [ECF No. 4] and Federal Rule of Civil Procedure 7.1, hereby provide their Certificate of Interested Persons and Corporate Disclosure Statement and states as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**Response**:

(a) Alan Guereca – Plaintiff

(b) Arun Ravindran, Esq. – Counsel for Plaintiff

(c) Julie E. Holt, Esq. – Counsel for Plaintiff

(d) Hedin LLP. – Counsel for Plaintiff

(e) Ryan D. Schoeb, Esq. – Counsel for Defendant

    (f) Kyle W. Woodford, Esq. – Counsel for Defendant

    (g) Wood, Smith, Henning & Berman LLP – Counsel for Defendant

    (h) Motorsport.tv Digital, LLC – Defendant

    (i) Motorsport Network Media, LLC – Parent Corporation

    2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **Response**: Other than the entities listed above in Part 1, *supra*, at this time, Motorsport.tv Digital, LLC, is not aware of any other entities responsive to this inquiry.

    3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **Response**: At this time, Motorsport.tv Digital, LLC, is not aware of any other entities responsive to this inquiry.

    4.  Each person arguably eligible for restitution includes the following:

    **Response**: Alan Guereca – Plaintiff.[1]

    5.    I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

---

[1] Plaintiff has styled his Complaint as one seeking class-wide relief. As such, the names of each purported class victim are unknown Motorsport.tv Digital, LLC, at this time.

Respectfully submitted,

Dated: December 20, 2024  */s/ Kyle W. Woodford*_____
Kyle W. Woodford, FBN: 1033490
Ryan D. Schoeb, FBN: 109257
**WOOD, SMITH, HENNING & BERMAN LLP**1501 South Church Avenue, Suite 200
Tampa, Florida 33629
Telephone:  813-422-6910
Fax:  813-425-6983
kwoodford@wshblaw.com
rschoeb@wshblaw.com
tsharp@wshblaw.com
tmarshall@wshblaw.com

***Attorneys for Motorsport.tv Digital, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of filing and a service copy to all counsel of record.

*/s/ Kyle W. Woodford*_____
Kyle W. Woodford