UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:24-CV-24066-CMA**

ALAN GUERECA, individually
and on behalf of all others similarly situated,

                Plaintiff,

  v.

MOTORSPORT.TV DIGITAL, LLC,

                Defendant.

**ORDER SETTING TRIAL AND PRE-TRIAL SCHEDULE, REQUIRING MEDIATION, AND REFERRING CERTAIN MATTERS TO MAGISTRATE JUDGE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on _____. Calendar call will be held at _____. No pre-trial conference will be held unless a party requests one and the Court determines that one is necessary. The parties shall adhere to the following schedule:

**Fourteen days from the order of referral to mediation**. The parties shall select a mediator in accordance with S.D. Fla. L.R. 16.2; schedule a time, date and place for mediation; and jointly file a proposed order scheduling mediation in the form specified on the Court's website, http://www.flsd.uscourts.gov. If the parties cannot agree on a mediator, they shall notify the Clerk in writing as soon as possible, and the Clerk shall designate a certified mediator on a blind rotation basis. Counsel for all parties shall familiarize themselves with and adhere to all provisions of S.D. Fla. L.R. 16.2. Within seven days of mediation, the parties are required to file a mediation report

with the Court. In accordance with the procedures outlined in the CM/ECF Administrative Procedures, the proposed order must be emailed to altonaga@flsd.uscourts.gov in Word format.

**January 13, 2025**. Defendant shall file its responsive pleading to the Complaint.

**February 15, 2025**. All motions to amend pleadings or join parties are filed.

**May 1, 2025/ August 1, 2025**.[1] Parties shall disclose experts, expert witness summaries, and reports per Fed. R. Civ. P. 26(a)(2)

**June 1, 2025/ September 1, 2025**. Exchange of rebuttal expert witness summaries and reports per Fed. R. Civ. P. 26(a)(2)

**July 15, 2025/ [within 60 days of the Court's ruling on the Motion for Class Certification]**. Parties must have completed mediation and filed a mediation report.

**June 15, 2025/ January 15, 2026**. Plaintiffs shall file their Motion for Class Certification.

**July 26, 2025/ (fact) September 15, 2025, (expert) November 15, 2025**. All discovery, including expert discovery, is completed. [*Discovery shall be conducted in two phrases—class certification-related discovery and merits discovery. The Court will issue a separate "class certification discovery order." When an order on class certification is entered, the parties shall meet and confer within 30 days of said order and submit a joint discovery plan to the Court.*[2]]

**July 26, 2025**. All pre-trial motions and *Daubert* motions (which include motions to strike experts) are filed. Each party is limited to filing one *Daubert* motion. If all evidentiary issues cannot be addressed in a 20-page memorandum, leave to exceed the page limit will be granted. The parties

---

[1] Where there is a disagreement on dates, Plaintiff's proposed dates appear first.
[2] Defendant's proposed language.

are reminded that *Daubert* motions must contain the S.D. Fla. L.R. 7.1(a)(3) certification. [*The parties shall meet and confer within 30-days following a ruling on class certification to propose a post-certification schedule, which shall include a deadline for all pre-trial motions and Daubert motions.*[3]]

**September 15, 2024**. Parties submit joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable, and motions *in limine* (other than *Daubert* motions). Each party is limited to filing one motion *in limine* which may exceed the page limits allowed by the Rules. The parties are reminded that motions *in limine* must contain the S.D. Fla. L.R. 7.1(a)(3) certification. [*The Parties shall meet and confer within 30-days following a ruling on class certification to propose a post-certification schedule, which shall include a deadline to submit a joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable, and motions in limine (other than Daubert motions).*[4]]

**Jury Instructions and Verdict Form**. The parties shall submit their proposed jury instructions and verdict form jointly, although they need not agree on each proposed instruction. Where the parties do not agree on a proposed instruction, that instruction shall be set forth in bold type. Instructions proposed only by a plaintiff shall be underlined. Instructions proposed only by a defendant shall be italicized. Every instruction must be supported by citation to authority. The parties shall use as a guide the Eleventh Circuit Pattern Jury Instructions for Civil Cases, including the directions to counsel contained therein. Proposed jury instructions and verdict form, in typed

---

[3] Defendant's proposed language.
[4] Defendant's proposed language.

form, including substantive charges and defenses, shall be submitted to the Court prior to calendar call, in Word format, via e-mail to altonaga@flsd.uscourts.gov. Instructions for filing proposed documents may be viewed at http://www.flsd.uscourts.gov.

**Referral to Magistrate Judge**. Pursuant to 28 U.S.C. § 636 and this District's Magistrate Judge Rules, all discovery matters are referred to Magistrate Judge Lisette Reid. Pursuant to the parties Joint Planning and Scheduling report, the parties have consented to the jurisdiction of a United States Magistrate Judge for all discovery motions. Furthermore, pursuant to 28 U.S.C. § 636(c)(1), the parties may consent to trial and final disposition by a United States Magistrate Judge. The deadline for submitting a consent is April 3, 2023.

**Discovery**. The parties may stipulate to extend the time to answer interrogatories, produce documents, and answer requests for admissions. The parties shall not file with the Court notices or motions memorializing any such stipulation unless the stipulation interferes with the deadlines set forth above. Stipulations that would so interfere may be made only with the Court's approval. *See* Fed. R. Civ. P. 29. In addition to the documents enumerated in Local Rule 26.1(b), the parties shall not file notices of deposition with the Court. Strict compliance with the Local Rules is expected, particularly with regard to motion practice. *See* S.D. Fla. L.R. 7.1.

**Discovery Disputes**. The parties are instructed to comply with Magistrate Judge Reid's discovery procedures.

   **DONE AND ORDERED** in Miami, Florida this ____ day of _____, 2024.

                        _____
                         Cecilia M. Altonaga
                         Chief United States District Judge

cc: counsel of record