**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-24066-CIV-ALTONAGA/Reid**

**ALAN GUERECA**,

      Plaintiff,

v.

**MOTORSPORT.TV DIGITAL, LLC**,

      Defendant.

_____/

**<u>ORDER</u>**

**THIS CAUSE** came before the Court on a *sua sponte* review of the record.  On October 29, 2024, Defendant, Motorsport.tv Digital, LLC acknowledged receipt of the Complaint [ECF No. 1] from Plaintiff, Alan Guereca and waived service of summons.  (*See* Waiver of the Service of Summons [ECF No. 3] 1).  Defendant was required to file an answer or otherwise respond to the Complaint by December 30, 2024.  *See* Fed. R. Civ. P. 12(a)(1)(A).  Despite having appeared and participated in the case, Defendant has not yet submitted an answer or response to the Complaint.[1]  (*See, e.g.*, Notice of Att'y Appearance [ECF No. 5]; Def.'s Cert. of Interested Persons & Corp. Disclosure Statement [ECF No. 8]).

      Accordingly, it is

---

[1] The parties seemingly agreed to extend the deadline for filing a responsive pleading to January 13, 2025. (*See* Joint Scheduling Report [ECF No. 9] 2).  Yet, the Report provides no justification for this extension, and the Court is unaware of any rule allowing the parties to extend, by agreement, the deadlines found in the Federal Rules of Civil Procedure.  *See* Fed. R. Civ. Pro. 12(a)(1)(A).  Had Defendant properly moved for an extension of time, it would have been required to articulate the reasons for the requested extension and satisfy a good cause standard.  *See id.* 6(b)(1).  The Report does neither.

CASE NO. 24-24066-CIV-ALTONAGA/Reid

**ORDERED** that Defendant, Motorsport.tv Digital, LLC shall file an answer or response to the Complaint **[ECF No. 1]** on or before **January 6, 2025**, failing which Plaintiff, Alan Guereca shall file a motion for entry of clerk's default by **January 8, 2025**.

**DONE AND ORDERED** in Miami, Florida, this 31st day of December, 2024.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record