## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-CV-24066-CMA

ALAN GUERECA, *individually and*
*on behalf of all others similarly situated*,

     Plaintiff,

v.

MOTORSPORT.TV DIGITAL, LLC,

     Defendant.

_____

I, Rainier Ehrhardt, declare as follows:

1.     I am employed by Motorsport.TV Digital, LLC ("Motorsport") and my current title is Content Director.

2.     I am authorized to make this declaration on behalf of Motorsport.  I am over 18 years of age. I make this Declaration in Support of Motorsport's Motion to Dismiss and or Alternative Motion to Strike Class Allegations. I know the following facts to be true of my own knowledge, and if called to testify, I could competently do so.

3.     In my current capacity as Content Director, my job duties include being familiar with Motorsport's sign in screens in order to purchase a subscription on Motorsport's website, motosport.tv (the "Website"), which includes creating an online account with Motorsport. My job duties also include reviewing the business records of Motorsport. For this declaration, I have reviewed the records of Motorsport, and the records were made at or near the time, or from information transmitted by, someone with knowledge of the record. The records are kept in the regularly conducted activity of Motorsport's business and Motorsport makes these records as a regular activity of its business.

4.     Motorsport is an online entertainment platform that provides its users with access

to text, graphics, photos, sounds, audio and videos (collectively, the "Content") streamed over the internet via it Website to its user's internet-connected devices (the "Device").

5.     Motorsport's terms of services ("TOS") govern a user's interaction with the Website and Content.

6.     Motorsport privacy policy ("Privacy Policy") governs the method by which Motorsport collects, uses, and shares information regarding a user's interaction with the Website and Content.

7.     In Plaintiff's Complaint, Plaintiff allege that he "viewed on-demand videos on Defendant's website after purchasing a subscription in June 2023[.]" *See* Complaint., ¶ 9.

8.     To purchase a subscription on the Website, a Motorsport user, including Plaintiff, must first complete the registration process, which involves manually and affirmatively clicking a button titled "Continue" located on Motorsport's "Create Your Account" webpage within its Website (the "Motorsport Userflow").

9.     By manually and affirmatively clicking the button titled "Continue" within the Motorsport Userflow,  a user, including Plaintiff agrees to Motorsport's TOS and Privacy Policy as set forth within the Motorsport Userflow, which states "By clicking  Continue, you agree to the Terms of Service and Privacy Policy." (the "Clickwrap Agreement").

10.     A true and correct copy of the TOS which were in effect at the time Plaintiff allegedly "purchas[ed] a subscription in June 2023" is attached to this declaration as **Exhibit A**. A true and correct copy of the Privacy Policy which were in effect at the time Plaintiff allegedly "purchas[ed] a subscription in June 2023" is attached to this declaration as **Exhibit B**.

11.      At no time relevant hereto did Motorsport limit a user's, including Plaintiff's, ability to seek legal advice before entering into the Clickwrap Agreement.

12.     At the time Plaintiff allegedly "purchas[ed] a subscription in June 2023", the Motorsport Userflow was substantially the same as the true and correct screenshot depicted in **Exhibit C** hereto. The Motorsport Userflow displayed in **Exhibit C** would have been viewed by Plaintiff when Plaintiff allegedly "purchas[ed] a subscription in June 2023."

13.     A user, including Plaintiff, cannot advance to the next step and complete the Motorsport account registration process until the user affirmatively clicks the button titled "Continue" within the Motorsport Userflow and therefore enters into the Clickwrap Agreement and acknowledges, agrees, and accepts the TOS and Privacy Policy.

14.     As illustrated in the Motorsport Userflow screenshot within **Exhibit C**, a hyperlink is available for a user, including Plaintiff, to immediately access Motorsport's TOS by pressing on the "Terms of Service" link, which his hyperlinked in blue font. At the time Plaintiff allegedly "purchas[ed] a subscription in June 2023", a user, including Plaintiff, could click on the hyperlink within the Motorsport Userflow to be directed to another screen containing the entire text of the TOS.

15.     As illustrated in the Motorsport Userflow screenshot within **Exhibit C**, a hyperlink is available for a user, including Plaintiff, to immediately access Motorsport's Privacy Policy by pressing on the "Privacy Policy" link, which his hyperlinked in blue font. At the time Plaintiff allegedly "purchas[ed] a subscription in June 2023", a user, including Plaintiff, could click on the hyperlink within the Motorsport Userflow to be directed to another screen containing the entire text of the Privacy Policy.

16.     At all times since Plaintiff allegedly "purchas[ed] a subscription in June 2023", the entire Motorsport Userflow is completely viewable on a user's, including plaintiff's, Device.

17.     Since my employment at Motorsport, I am not aware of any issues or problems with

a user not being able to view the entire Motorsport Userflow on their Device.

18.     Within the Motorsport Userflow, Plaintiff encountered the TOS and Privacy Policy depicted in **Exhibit A** and **Exhibit B** hereto when Plaintiff allegedly ""purchas[ed] a subscription in June 2023" and the TOS and Privacy Policy depicted in **Exhibit A** and **Exhibit B** hereto were presented directly above the "Continue" button, as shown in the Motorsport Userflow screenshot depicted in **Exhibit C.**

19.      Plaintiff allegedly ""purchas[ed] a subscription in June 2023" and therefore Plaintiff had the opportunity to review the TOS and Privacy Policy depicted in **Exhibit A** and **Exhibit B** hereto prior to creating a Motorsport account and purchasing a subscription, thereby consenting to the TOS and Privacy Policy, as shown in the Motorsport Userflow screenshot depicted in **Exhibit C**.

20.     Plaintiff allegedly ""purchas[ed] a subscription in June 2023", and therefore Plaintiff manually and affirmatively pressed the "Continue" button within the Motorsport Userflow and agreed to the TOS and Privacy Policy depicted in **Exhibit A** and **Exhibit B** hereto.

21.     From time to time, Motorsport updates its Privacy Policy. As relevant here, Motorsport last updated its Privacy Policy on January 31, 2017. Since Plaintiff allegedly ""purchas[ed] a subscription in June 2023" the Privacy Policy is connected with a user's use of and access to the Website and Content and describes (i) the method by which Motorsport collects a user's, including Plaintiff's, information regarding a user's interaction with the Website and Content ; (ii) the method by which Motorsport uses such information; and (iii) the method by which Motorsport discloses such information. *See* **Exhibit B**.

22.     Since Plaintiff allegedly ""purchas[ed] a subscription in June 2023", the Privacy Policy described the method by which a Motorsport user, including Plaintiff, may control and

access information regarding a user's interaction with the Website and Content. *See* **Exhibit B**.

23.     Since Plaintiff allegedly ""purchas[ed] a subscription in June 2023", Motorsport did not receive a written or oral request from Plaintiff withdrawing consent or opting-out of Motorsport's ability pursuant to the Privacy Policy to collect, process, share and/or sell information regarding a user's interaction with the Website and Content.

24.     Since Plaintiff allegedly "purchas[ed] a subscription in June 2023", Motorsport's TOS and Privacy Policy were available on the Motorsport Userflow, and  Motorsport's Website, including directly at [https://motorsport.tv/privacy-policy](https://motorsport.tv/privacy-policy) and [https://motorsport.tv/terms-of-use](https://motorsport.tv/terms-of-use).

25.     Plaintiff alleges that he "purchas[ed] a subscription in June 2023", and  thereby, via the process described earlier, consented to the TOS and Privacy Policy depicted in **Exhibit A** and **Exhibit B** hereto.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed January 5, 2025, at New York, New York.



_____

[RAINIER EHRHARDT]

# Exhibit A

Search Motorsport.tv

# TERMS OF SERVICE - MOTORSPORT.TV

*Effective July 1st, 2018*

## 1. Your Acceptance

By using and/or visiting this website, including all content, including over-the-top content, products, software and services offered by Motorsport.tv Digital, LLC ("Motorsport.tv," "us" or "we") via the motorsport.tv website (www.motorsport.tv) and related applications (hereinafter collectively referred to as the "Motorsport.tv Platform"), you signify your agreement to these terms and conditions (the "Terms of Service"). Motorsport.tv may, in its sole discretion, modify or revise these Terms of Service at any time, and you agree to be bound by such modifications or revisions. Nothing in this Agreement shall be deemed to confer any third-party rights or benefits.

## 2. Motorsport.tv Platform

1. These Terms of Service govern your use of the Motorsport.tv Platform. By using, visiting, or browsing the Motorsport.tv Platform you accept and agree to these Terms of Service. If you do not agree to these Terms of Service, do not use the Motorsport.tv Platform.

2. The Motorsport.tv Platform may contain links to third party websites that are not owned or controlled by us. We have no control over, and assumes no responsibility for, the content, privacy policies, or practices of any third party websites. In addition, Motorsport.tv will not and cannot censor or edit the content of any third-party site. By using the Motorsport.tv Platform, you expressly release Motorsport.tv from any and all liability arising from your use of any third-party website.

## 3. Motorsport.tv Accounts

1. In order to access some features of the Motorsport.tv Platform, you will have to create a Motorsport.tv member account. When creating your account, you must provide accurate and complete information. You are solely responsible for the activity that occurs on your account, and you must keep your account password secure. You must notify Motorsport.tv immediately of any breach of security or unauthorized use of your account.

2. Although Motorsport.tv will not be liable for your losses caused by any unauthorized use of your account; you may be liable for the losses of Motorsport.tv or others due to

## 4. Use of the Motorsport.tv Platform - Permissions and Restrictions

Motorsport.tv hereby grants you permission to access and use the Motorsport.tv Platform as set forth in these Terms of Service, provided that:

1. You agree not to distribute in any medium any part of the Motorsport.tv Platform without Motorsport.tv's prior written authorization.

2. You agree not to alter or modify any part of the Motorsport.tv Platform, including but not limited to the technologies it utilizes.

3. You agree not to use the Motorsport.tv Platform, including the Motorsport.tv's video player for any commercial use, without the prior written authorization of Motorsport.tv. Prohibited commercial uses include any of the following actions taken without Motorsport.tv's express approval:

4. sale of access to the Motorsport.tv Platform or its related services on another website;

5. use of the Motorsport.tv Platform or its related services for the primary purpose of gaining advertising or subscription revenue;

6. any use of the Motorsport.tv Platform or its related services that Motorsport.tv finds, in its sole discretion, to use Motorsport.tv's resources with the effect of competing with or displacing the market for Motorsport.tv or Motorsport.tv content.

7. In your use of the Motorsport.tv Platform, you will otherwise comply with the terms and conditions of these Terms of Service, and all applicable local, national, and international laws and regulations.

8. Motorsport.tv reserves the right to discontinue any aspect of the Motorsport.tv Platform at any time.

## 5. Your Use of Content on the Site

In addition to the general restrictions above, the following restrictions and conditions apply specifically to your use of content on the Motorsport.tv Platform:

1. The content on the Motorsport.tv Platform, including without limitation, the text, software, scripts, graphics, photos, sounds, music, videos, interactive features and the like ("Content") and the trademarks, service marks and logos contained therein ("Marks"), are owned by or licensed to Motorsport.tv, subject to copyright and other intellectual property rights under the law. Content on the Motorsport.tv Platform is provided to you AS IS for your information and personal use only and may not be downloaded, copied,

exploited for any other purposes whatsoever without the prior written consent of the respective owners. Motorsport.tv reserves all rights not expressly granted in and to the Motorsport.tv Platform and its contents.

2. user comments are made available to you for your information and personal use solely as intended through the normal functionality of the Motorsport.tv Platform. user comments are made available "as is", and may not be used, copied, reproduced, distributed, transmitted, broadcast, displayed, sold, licensed, downloaded, or otherwise exploited in any manner not intended by the normal functionality of the Motorsport.tv Platform or otherwise as prohibited under this Agreement.

3. You may access Motorsport.tv content only as permitted under this agreement. Motorsport.tv reserves all rights not expressly granted in and to the Motorsport.tv content and the Motorsport.tv Platform.

4. You agree to not engage in the use, copying, or distribution of any of the content other than as expressly permitted herein, including any use, copying, or distribution of user submissions of third parties obtained through the Motorsport.tv Platform for any commercial purposes.

5. You understand that when using the Motorsport.tv Platform, you may be exposed to user submissions from a variety of sources, and that Motorsport.tv is not responsible for the accuracy, functionality, safety, or intellectual property rights of or relating to such user submissions. You further understand and acknowledge that you may be exposed to user submissions that are inaccurate, offensive, indecent, or objectionable, and you agree to waive, and hereby do waive, any legal or equitable rights or remedies you have or may have against Motorsport.tv with respect thereto, and agree to indemnify and hold Motorsport.tv, its owners/operators, affiliates, and/or licensors, harmless to the fullest extent allowed by law regarding all matters related to your use of the Motorsport.tv Platform.

## 6. Motorsport.tv Service

1. You must be 18 years of age, or the age of majority in your province, territory or country, to become a member of the Motorsport.tv service. Individuals under the age of 18, or applicable age of majority, may utilize the service only with the involvement of a parent or legal guardian, under such person's account and otherwise subject to these Terms of Service.

2. The Motorsport.tv Platform and any content viewed through our service are for your personal and non-commercial use only. During your Motorsport.tv membership, we grant you a limited, non-exclusive, non-transferable, license to access the Motorsport.tv service

license, no right, title or interest shall be transferred to you. You agree not to use the service for public performances.

3. You may view Motorsport.tv content through the Motorsport.tv service primarily within the country in which you have established your account and only in geographic locations where we offer our service and have licensed such Motorsport.tv content. The content that may be available to watch will vary by geographic location. Motorsport.tv will use technologies to verify your geographic location. THE NUMBER OF DEVICES ON WHICH YOU MAY SIMULTANEOUSLY WATCH IS LIMITED. The number of devices available for use and the simultaneous streams may change from time to time at our discretion.

4. We continually update the Motorsport.tv content, including the content library. In addition, we continually test various aspects of our service, including our website, user interfaces, service levels, plans, promotional features, availability of Motorsport.tv content, delivery and pricing. We reserve the right to, and by using our service you agree that we may, include you in or exclude you from these tests without notice. We reserve the right in our sole and absolute discretion to make changes from time to time and without notice in how we offer and operate our service.

5. You agree to use the Motorsport.tv service, including all features and functionalities associated therewith, in accordance with all applicable laws, rules and regulations, or other restrictions on use of the service or content therein. Except as explicitly authorized in these Terms of Service, you agree not to archive, download (other than through caching necessary for personal use), reproduce, distribute, modify, display, perform, publish, license, create derivative works from, offer for sale, or use content and information contained on or obtained from or through the Motorsport.tv service without express written permission from Motorsport.tv and its licensors. You also agree not to: circumvent, remove, alter, deactivate, degrade or thwart any of the content protections in the Motorsport.tv service; use any robot, spider, scraper or other automated means to access the Motorsport.tv service; decompile, reverse engineer or disassemble any software or other products or processes accessible through the Motorsport.tv service; insert any code or product or manipulate the content of the Motorsport.tv service in any way; or, use any data mining, data gathering or extraction method. In addition, you agree not to upload, post, e-mail or otherwise send or transmit any material designed to interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment associated with the Motorsport.tv service, including any software viruses or any other computer code, files or programs.

6. The availability of Motorsport.tv content to watch will change from time to time, and from country to country. The quality of the display of the Motorsport.tv content may vary from device to device, and may be affected by a variety of factors, such as your location, the bandwidth available through and/or speed of your Internet connection. You are

representations or warranties about the quality of your watching experience on your display. The time it takes to begin watching Motorsport.tv content will vary based on a number of factors, including your location, available bandwidth at the time, the Motorsport.tv content you have selected and the configuration of your Motorsport.tv ready device.

7. Motorsport.tv software is developed by, or for, Motorsport.tv and is designed to enable streaming and viewing of content from Motorsport.tv through Motorsport.tv ready devices. This software may vary by device and medium, and functionalities may also differ between devices. By using our service, you agree to look solely to the entity that manufactured and/or sold you the device for any issues related to the device and its compatibility with the Motorsport.tv service. If your Motorsport.tv ready device is sold, lost or stolen, please deactivate the Motorsport.tv ready device. If you fail to log out or deactivate your device, subsequent users may access the Motorsport.tv service through your account and may be able to access certain of your account information.

8. We may terminate or restrict your use of our service, without compensation or notice if you are, or if we suspect that you are (i) in violation of any of these Terms of Service or (ii) engaged in illegal or improper use of the service.

## 7. Account Termination Policy

Motorsport.tv may terminate a user's access to the Motorsport.tv Platform without prior notice if Motorsport.tv determines that the user has acted in contravention of these Terms of Service.

## 8. Payments, Billing; Subscriptions

1. Subscriptions and other services requiring payment generally require use of a valid credit card. Motorsport.tv and its business partners reserve the right, in their sole discretion, to establish other acceptable alternative payment methods for specific services or products. You are solely responsible for charges owed for all goods and services purchased through this site, including, but not limited to, applicable taxes, shipping charges, insurance, and any other costs.

2. While Motorsport.tv may offer Content from time to time for free, Motorsport.tv charges a fee to access the Motorsport.tv services that require a subscription in order to offer Content that Motorsport.tv would not otherwise be able to make available without charging a fee.

3. You can find the specific details regarding your subscription at any time by logging in on the Motorsport.tv Platform and clicking on Account under your name. You agree that your subscription is for individual use only and your subscription is limited to only one

4. Because the Service is offered in multiple time zones, for consistency, a "day" for purposes of these TOS begins at 12:00 a.m. Eastern Time and ends at 11:59 p.m. Eastern Time of that same calendar day.

5. Billing. By providing a credit card or other payment method accepted by Motorsport.tv ("Payment Method") for your subscription, you are expressly agreeing that Motorsport.tv is authorized to charge you a subscription fee, any other fees for additional services you may purchase, and any applicable taxes in connection with your use of your subscription to the Payment Method. If you want to use a different Payment Method than the one you signed up to use during registration, or if there is a change in your credit card validity or expiration date, you may edit your Payment Method information by logging in on the Motorsport.tv Platform and clicking on Account under your name. When you provide a Payment Method to access a subscription, including in connection with a free trial offer (if applicable), our system will attempt to verify the information you entered. Motorsport.tv does this by processing an authorization hold, which is a standard practice. Motorsport.tv does not charge you in connection with this authorization hold. If your Payment Method expires and you do not edit your Payment Method information or cancel your account, you authorize Motorsport.tv to continue billing, and you will remain responsible for any uncollected amounts.

6. As used in these TOS "billing" shall indicate either a charge or debit, as applicable, against your Payment Method. The subscription fee will be billed at the beginning of your subscription or expiration of your free trial period, if any, whichever is earlier, and on each renewal date thereafter (monthly or annually as applicable) unless and until you cancel your subscription or the account or service is otherwise suspended or discontinued pursuant to these TOS. To see the commencement date for your next renewal period, log in on the applicable Motorsport.tv Platform and click on Account under your name.

7. Motorsport.tv automatically bills your Payment Method each month or year (depending on the subscription) on the calendar day corresponding to the commencement of your subscription. As in the case with monthly subscriptions, in the event your subscription began on a day not contained in a given month, we bill your Payment Method on the last day of such month. For example, if you became a paying subscriber on January 31, your Payment Method would next be billed on February 28. If you change your Payment Method, this could result in changing the calendar day upon which you are billed. You acknowledge that the amount billed each monthly or annual period may vary due to promotional offers, changes in your subscription, and changes in applicable taxes, and you authorize Motorsport.tv to charge your Payment Method for the corresponding amounts. If Motorsport.tv changes the subscription fee or other charges for your subscription, Motorsport.tv will give you advance notice of these

8. Very rarely, if there are special circumstances where Motorsport.tv determines it is appropriate (e.g., your subscription service is unavailable for days due to technical difficulties), Motorsport.tv may provide credits to affected subscribers. The amount and form of such credits, and the decision to provide them, are at Motorsport.tv's sole and absolute discretion, and the provision of credits in one instance does not entitle anyone to credits in the future under similar or different circumstances.

9. Ongoing Subscription and Cancellation. Your subscription will continue in effect on a month-to-month or annual basis (depending on subscription selected) unless and until you cancel your subscription or the account or Service is otherwise suspended or discontinued pursuant to these TOS. You must cancel your subscription at least twenty-four hours before your monthly or annual renewal date in order to avoid the next billing period. Motorsport.tv will bill the monthly or annual subscription fee plus any applicable taxes to the Payment Method you provide to Motorsport.tv during registration (or to a different Payment Method if you change your account information). If you cancel your subscription, cancellation will be effective at the end of the current monthly period or annual period – this means that you will have continued access to your subscription for the remainder of that period, but you will not receive a refund. You can cancel your subscription by logging into your Account either on a Motorsport.tv Platform or the third party website hosting your Account and subscription (as applicable, e.g., iTunes, Google Play, etc.) and clicking "Cancel Subscription" or any other similarly identifiable selection to effectively cancel the subscription.

10. Unpaid Amounts. It is important that each subscriber honor the payment obligations to which the subscriber agreed. Accordingly, Motorsport.tv reserves the right to pursue any amounts you fail to pay in connection with your subscription. You will remain liable for all such amounts and all costs incurred in connection with the collection of these amounts, including, without limitation, bank overdraft fees, collection agency fees, reasonable attorneys' fees, and arbitration or court costs.

## 9. Digital Millennium Copyright Act

1. If you are a copyright owner or an agent thereof and believe that any user Submission or other content infringes upon your copyrights, you may submit a notification pursuant to the Digital Millennium Copyright Act ("DMCA") by providing Motorsport.tv's copyright department with the following information in writing:

2. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

3. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single

4. Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled and information reasonably sufficient to permit the service provider to locate the material;

5. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

6. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

7. A statement that the information in the notification is accurate, and under penalty of perjury, that you are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

8. Notifications of claimed infringement should be emailed to copyright@motorsport.com. You acknowledge that if you fail to comply with all of the requirements of this Section 8(A), your DMCA notice may not be valid.

9. Counter-Notice. If you believe that your user Submission that was removed (or to which access was disabled) is not infringing, or that you have the authorization from the copyright owner, the copyright owner's agent, or pursuant to the law, to post and use the content in your user Submission, you may send a counter-notice containing the following information to the Copyright Agent:

10. Your physical or electronic signature;

11. Identification of the content that has been removed or to which access has been disabled and the location at which the content appeared before it was removed or disabled;

12. A statement that you have a good faith belief that the content was removed or disabled as a result of mistake or a misidentification of the content; and

13. Your name, address, telephone number, and e-mail address, a statement that you consent to the jurisdiction of the federal court in Miami, Florida, and a statement that you will accept service of process from the person who provided notification of the alleged infringement.

14. If a counter-notice is received by Motorsport.tv copyright department, Motorsport.tv may send a copy of the counter-notice to the original complaining party informing that person that it may replace the removed content or cease disabling it in 10 business days. Unless the copyright owner files an action seeking a court order against the content provider, member or user, the removed content may be replaced, or access to it restored, in 10 to 14 business days or more after receipt of the counter-notice, at Motorsport.tv's sole discretion.

## 10. Warranty Disclaimer

YOU AGREE THAT YOUR USE OF THE MOTORSPORT.TV PLATFORM SHALL BE AT YOUR SOLE RISK. TO THE FULLEST EXTENT PERMITTED BY LAW, MOTORSPORT.TV, ITS OFFICERS, DIRECTORS, EMPLOYEES, AND AGENTS DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, IN CONNECTION WITH THE MOTORSPORT.TV PLATFORM AND YOUR USE THEREOF. MOTORSPORT.TV MAKES NO WARRANTIES OR REPRESENTATIONS ABOUT THE ACCURACY OR COMPLETENESS OF THIS SITE'S CONTENT OR THE CONTENT OF ANY SITES LINKED TO THIS SITE AND ASSUMES NO LIABILITY OR RESPONSIBILITY FOR ANY (I) ERRORS, MISTAKES, OR INACCURACIES OF CONTENT, (II) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO AND USE OF THE MOTORSPORT.TV PLATFORM, (III) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION AND/OR FINANCIAL INFORMATION STORED THEREIN, (IV) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM THE MOTORSPORT.TV PLATFORM, (IV) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE WHICH MAY BE TRANSMITTED TO OR THROUGH THE MOTORSPORT.TV PLATFORM BY ANY THIRD PARTY, AND/OR (V) ANY ERRORS OR OMISSIONS IN ANY CONTENT OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF THE USE OF ANY CONTENT POSTED, EMAILED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE VIA THE MOTORSPORT.TV PLATFORM. MOTORSPORT.TV DOES NOT WARRANT, ENDORSE, GUARANTEE, OR ASSUME RESPONSIBILITY FOR ANY PRODUCT OR SERVICE ADVERTISED OR OFFERED BY A THIRD PARTY THROUGH THE MOTORSPORT.TV PLATFORM OR ANY HYPERLINKED WEBSITE OR FEATURED IN ANY BANNER OR OTHER ADVERTISING, AND MOTORSPORT.TV WILL NOT BE A PARTY TO OR IN ANY WAY BE RESPONSIBLE FOR MONITORING ANY TRANSACTION BETWEEN YOU AND THIRD-PARTY PROVIDERS OF PRODUCTS OR SERVICES. AS WITH THE PURCHASE OF A PRODUCT OR SERVICE THROUGH ANY MEDIUM OR IN ANY ENVIRONMENT, YOU SHOULD USE YOUR BEST JUDGMENT AND EXERCISE CAUTION WHERE APPROPRIATE.

## 11. Limitation of Liability

IN NO EVENT SHALL MOTORSPORT.TV, ITS OFFICERS, DIRECTORS, EMPLOYEES, OR AGENTS, BE LIABLE TO YOU FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES WHATSOEVER RESULTING FROM ANY (I) ERRORS, MISTAKES, OR INACCURACIES OF CONTENT, (II) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO AND USE OF THE MOTORSPORT.TV PLATFORM, (III) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION AND/OR FINANCIAL INFORMATION STORED EREIN, (IV) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM THE MOTORSPORT.TV PLATFORM, (IV) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE, WHICH

DAMAGE OF ANY KIND INCURRED AS A RESULT OF YOUR USE OF ANY CONTENT POSTED, EMAILED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE VIA THE MOTORSPORT.TV PLATFORM, WHETHER BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT THE COMPANY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE FOREGOING LIMITATION OF LIABILITY SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW IN THE APPLICABLE JURISDICTION. YOU SPECIFICALLY ACKNOWLEDGE THAT MOTORSPORT.TV SHALL NOT BE LIABLE FOR USER SUBMISSIONS OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY AND THAT THE RISK OF HARM OR DAMAGE FROM THE FOREGOING RESTS ENTIRELY WITH YOU. The Motorsport.tv Platform is controlled and offered by Motorsport TV, LLC from its facilities in the United States of America. Motorsport TV, LLC makes no representations that the Motorsport.tv Platform is appropriate or available for use in other locations. Those who access or use the Motorsport.tv Platform from other jurisdictions do so at their own volition and are responsible for compliance with local law.

## 12. Indemnity

You agree to defend, indemnify and hold harmless Motorsport.tv, its parent corporation, officers, directors, employees and agents, from and against any and all claims, damages, obligations, losses, liabilities, costs or debt, and expenses (including but not limited to attorney's fees) arising from: (i) your use of and access to the Motorsport.tv Platform; (ii) your violation of any term of these Terms of Service; (iii) your violation of any third party right, including without limitation any copyright, property, or privacy right; or (iv) any claim that one of your user submissions caused damage to a third party. This defense and indemnification obligation will survive these Terms of Service and your use of the Motorsport.tv Platform.

## 13. Ability to Accept Terms of Service

You affirm that you are either more than 18 years of age, or possess legal parental or guardian consent, and are fully able and competent to enter into the terms, conditions, obligations, affirmations, representations, and warranties set forth in these Terms of Service, and to abide by and comply with these Terms of Service.

## 14. Assignment

These Terms of Service, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by Motorsport.tv without restriction.

## `. General

You agree that: (i) the Motorsport.tv Platform shall be deemed solely based in Florida; and (ii)

Florida. These Terms of Service shall be governed by the internal substantive laws of the State of Florida, without respect to its conflict of laws principles. Any claim or dispute between you and Motorsport.tv that arises in whole or in part from the Motorsport.tv Platform shall be decided exclusively by a court of competent jurisdiction located in Miami-Dade County, Florida. These Terms of Service, together with any other legal notices published by Motorsport.tv on the Motorsport.tv Platform, shall constitute the entire agreement between you and Motorsport.tv concerning the Motorsport.tv Platform. If any provision of these Terms of Service is deemed invalid by a court of competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of these Terms of Service, which shall remain in full force and effect. No waiver of any term of this these Terms of Service shall be deemed a further or continuing waiver of such term or any other term, and Motorsport.tv's failure to assert any right or provision under these Terms of Service shall not constitute a waiver of such right or provision. Motorsport.tv reserves the right to amend these Terms of Service at any time and without notice, and it is your responsibility to review these Terms of Service for any changes. Your use of the Motorsport.tv Platform following any amendment of these Terms of Service will signify your assent to and acceptance of its revised terms. YOU AND MOTORSPORT.TV AGREE THAT ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THE MOTORSPORT.TV PLATFORM MUST COMMENCE WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES. OTHERWISE, SUCH CAUSE OF ACTION IS PERMANENTLY BARRED.

# Exhibit B

🔍 Search Motorsport.tv

# PRIVACY POLICY - MOTORSPORT.TV

*Effective January 31, 2017*

**PLEASE READ THIS PRIVACY POLICY (THIS "PRIVACY POLICY") CAREFULLY BEFORE USING OUR WEBSITE, APPLICATIONS OR ANY OTHER MOTORSPORT.TV DIGITAL, LLC PRODUCT OR SERVICE.**

Motorsport.tv Digital, LLC produces and publishes the Motorsport.tv Website (this "Website"), downloadable mobile applications available from third party application storefronts ("Application(s)"). This Privacy Policy is applicable to this Website and the Application, both of which will be called "Services" throughout this Privacy Policy, and describes what information we collect, how we may use that information and the choices we offer for you to manage the information we collect related to your use of our Services.

## 1. Personal Information Collected Via Our Services

**Information You Provide.** You may visit and enjoy many elements of our Services without disclosing any personal information about yourself. However, to make use of select, special or enhanced elements of the Services, you will need to share with us certain personal information so those elements may function properly. When you use certain enhanced elements within our Services (e.g., create a profile, register for a promotion, make a purchase, or publish a comment), the personal information we collect may include, but is not limited to:

- Full name,
- Email address,
- Password,
- Street address,
- Telephone number(s),
- Birth date,
- Payment card information,
- Location data,
- Contacts (as stored in your wireless device), and
- Other personal data as detailed in this Privacy Policy and data that may be requested from and provided by you.

If we collect such information, in most instances, the applicable page(s) or location(s) within

the Services to function properly and functionality for you to submit the requested or required information. In addition to the list above, there may also be opportunities for you to grant permission for use of other of your information in a manner set forth on the applicable page(s) within the Services.

## 2. How We Use and Share Your Personal Information

If you submit personal information to us, or to any third party acting on our behalf, we may use and share your information as set forth in this Privacy Policy and as disclosed when you first submit your information or as permissible under applicable law. We will not sell, lease, publish or share your personal information with or to anyone else, except as set forth in this Privacy Policy. We may use and share your personal information as described in Section 1 above and we may:

- Use your information to provide services you've requested or provide you with offers, promotions (e.g., a sweepstakes, fantasy game, subscription to goods or services, etc.) or content or add you to our postal mail list;

- Use your information to send you electronic communications, including emails about the Website applicable to your interactions with our Website, and about products, services, sponsors, partners and affiliates when you make a purchase, agree to rules or terms, or otherwise engage with our Website, to the extent the sending of such electronic communication is permissible under applicable law;

- Share your information with certain third parties, including service providers, sponsors and promotional partners, so they may help us provide services, offers, promotions or content you've requested or otherwise in accordance with the applicable rules of a promotion or terms presented at the time you submit personal information, so the third party can administer the promotion, send you offers or content or add you to their postal mailing list;

- Use and share your information with one or more race series or related entities, to the extent that you've submitted information or accessed functionality or content that relates specifically to such race series or related entities (e.g., you've asked to receive the newsletter of a race series or you've purchased race series-specific merchandise), so they may learn more about fans like you, add you to the race series' postal mail list and provide better services to you;

- Share your information upon notice posted on an applicable location of our Services where we collect your personal information for an economic transaction and notify you that we will be sharing such information with a third party;

- Use and share your information with our third-party survey partners to send you periodic

- Use and share your information in connection with online loyalty, membership or rewards programs operated from our Services or with a third party from which you may receive goods or services in connection with such a program; **or**
- Use and share your information with permission from you.

## 3. Additional Information About Collection of Location Data

Location Data We Collect. When you use our Service we may solicit your permission to collect your location data. Please be advised, for some features within our Applications to function we must confirm your current location and therefore some features will not be available if you choose not to provide your location data to us. The specificity of the location data collected may depend on a number of factors, including the device you are using (e.g. laptop, smartphone, tablet) and how you are connected to the Internet (e.g. via cable broadband connection, WiFi, etc.). If you enable location services for our Applications, we may collect location data (e.g. zip code) periodically as you use or leave open our Applications. We may also use this data internally or in conjunction with our third party service providers to customize your experience and provide offers that may be relevant to you. Depending on the platform you use to access our Applications (e.g., Apple iOS, Google Android, Windows, etc.) you may be able to control from within the settings on your wireless device or the Application(s) whether location data is collected.

## 4. Additional Information About Our Access to Your Contacts

Our Access to Your Contacts. When you use our Mobile Games, we may solicit your permission to access your contacts list (e.g., address book) so that we may match individuals from your contacts lists with those participating in our Mobile Games so you can invite your friends to play with and against you. We will not store the information in your contacts list.

## 5. Other Information Collected And Shared Within Our Services

- *Our Cookies and Web Beacons*

We use and permit automatic methods such as cookies (small amounts of data which include a unique string of characters sent to your browser or application from a website's computers and stored on your computer's or device's hard drive), web beacons (technology used to track activity, also known as pixel tags) or similar technologies, alone or in combination with personally identifiable information you choose to provide us. Examples of the information we collect and analyze using such methods include, but is not limited to: personal information as authorized by you, the Internet protocol address used to connect your computer or device to the Internet; email address; login name and password; operating system type, version and

We use software tools to measure and collect session information, including page response times, download errors, length of visits to certain pages, page interaction information (such as scrolling, clicks and mouse-overs) and methods used to browse away from a page. We use and may allow certain third parties, such as those who provide services associated with our Services, to access these automatic data collection methods to enable you to use a "shopping cart" while using our Services, to store your preferences and to improve, deliver and customize our Services' content and offerings.

- *Third Party Cookies and Web Beacons; Network Advertisers*

We allow select third parties, such as those who deliver advertisements, content, social networking or provide other services associated with our Services, to set cookies, web beacons or similar technologies in certain locations within the Services or certain emails sent by us. Third party companies that manage and deliver advertisements to websites and applications such as ours are commonly referred to as "network advertisers." A permitted network advertiser may use cookies, web beacons or similar technologies to collect information about your interaction with our Services in order to tailor certain advertisements and content delivered within our Services and on other websites within such network advertiser's ad network. You may elect to opt out of targeted behavioral advertising from many major third party network advertisers by clicking here. If you would like to obtain more information about common industry practices of network advertisers or make choices about their use of your information or find additional opt-out tools operated by advertising industry associations encompassing even more network advertisers, please click here.

- *Social Networking*

When using our Services or when using certain third party social networking services (e.g., Facebook, Twitter, Google+) (each and collectively, a "Social Network"), you may have the option to connect your Website, Application, or Mobile Game information and activity with your Social Network information and activity. If you authorize such a connection, you permit us to share or publish information about your activity on our Services, with that Social Network and its users, and to access certain of your Social Network information, as disclosed by you at the time you consent to the connection. Information we may share with a Social Network may include, but is not limited to: technical information about your Services activity, your Services comments or the videos you watch on our Services. Information we may access about you, with your consent, from a Social Network may include, but is not limited to, your basic Social Network information, your location data, your list of contacts, friends or followers, and certain of your activities on the Social Network. If you permit a connection between a Social Network and our Services, we (and that Social Network) may be able to identify you and to associate information received pursuant to the connection with information we already have about you.

- *Device ID*

When you use our Mobile Application, we or our third party service provider may collect your unique device ID and share it on an aggregated and anonymous basis to help us understand our users and provide you a better experience. The aggregated and anonymous data may also be used by our third party service provider in connection with its products and services. If you wish to opt out of this anonymous data collection, please click here and follow the instructions.

## 6. Other Circumstances When Your Data May Be Shared

- *Aggregated Demographic Information.*

We may share aggregated demographic information with third parties. This information is not linked to personal information that can identify you or another individual person.

- *Business Transfers.*

As time passes, Motorsport.tv Digital, LLC may be sold along with its assets, or other corporate transactions may occur. In such a case, our customer information may be one of the business assets we transfer.

- *Disclosure for Legal Purposes.*

We may be required to share your personal and non-personal information pursuant to judicial or governmental subpoenas, warrants or orders. If we are required to do so, we will, of course, obey the law. In addition, notwithstanding any term to the contrary in this Privacy Policy, we reserve the right to use, disclose or share your personal and non-personal information in order to investigate, prevent or take action regarding illegal activities, suspected fraud, situations involving potential threats to the safety of any person, violations of Terms of service of any of our Services or as required by law.

## 7. Managing Your Information

You may choose and control what information you provide about yourself and certain information which is automatically collected via our Services. If you do not wish to provide certain information necessary for enhanced functionality or content on our Services, please do not use such functionality or content. If you have registered for an account through our Services, you may review and revise certain of your account information by clicking here to log in, and then navigating the left-hand menu options. You may modify your subscriptions to our ...ious promotional email communications and newsletters by accessing the "Email ...bscriptions" section within your Website account.

that are set when some video products are accessed on our Website, called local shared objects or Flash cookies, may not be managed using the settings in your web browser. Information on managing, accepting and rejecting these cookies is available from Adobe on the Adobe website. If you set your browser or Adobe Flash options *not* to accept cookies or local shared objects, you may not be able to take advantage of certain Services.

If you want to review or revise the personal information you provided during registration or in connection with a purchase or other activity while using our Services, or change the promotional email communications or newsletters you receive from us, you may log in, and then click on the applicable left-hand menu option. If you want to close your Website account and have us delete the personal information in it (except for information that we keep for record-keeping purposes), you should call Motorsport.tv Digital, LLC directly at +1 305 877 30 97.

Remember that when you share information publicly online, it may be indexable by search engines or recorded by others, and any search engine index or record of your information may persist after you delete the information at the original source.

## 8. Other Information

- *No Spyware or Adware.*

We do not install any spyware or adware in connection with our Services, or distribute any commercial message, or authorize any third party to distribute any commercial message, by means of spyware or adware. "Spyware" or "adware" is any software which has been downloaded to or installed on an Internet user's computer or device, without the user's actual consent, and facilitates the distribution of any commercial message to the user. If you feel you may have spyware from another company installed on your machine, there are various anti-spyware/adware software applications available on the Internet to identify if this has occurred.

- *Our Security Practices.*

The account information associated with any of our Services is password protected for your privacy and security. You choose your password for any of our Services so the strength of that password is determined by you. We recommend that you choose a unique password and not share your password with anyone else. In certain areas, we use industry-standard SSL encryption to protect data transmissions.

- *Links.*

ur Services contain links to other websites and products produced by Motorsport.tv Digital,

Services or to a third-party website or product. We are not responsible for the privacy practices of third party websites or products, and we encourage you to read the privacy policies of every website and product that collects personally identifiable information from you. This Privacy Policy applies only to our Services, unless you are notified otherwise upon accessing any third party website or product, in which case the terms and conditions set forth in such notification will apply.

- *Your California Privacy Rights.*

If you are a resident of California, pursuant to California Civil Code Section 1798.83, you may request information regarding our disclosure of your personal information to a third party for that party's direct marketing purposes. Any such disclosure made to a third party by us would be otherwise in accordance with the terms of this Privacy Policy. To make such a request please send an email to privacy@motorsport.com or write to us at: Motorsport.tv Digital, LLC Privacy Administrator, 5972 NE 4th Avenue, Miami, FL 33137, USA.

- *Special Rules For Children.*

Because of federal law, we are not permitted to knowingly collect any personal information from a child under the age of thirteen without the consent of that child's parent or guardian. The statements in this Privacy Policy about our collection and use of personal information also apply to our treatment of personal information from children under the age of thirteen. Some elements of our Services require the submission of a payment card number along with personal information in connection with a purchase; other elements of our Services require the submission of personal information to access or use the Services. Except in certain cases where limited contact information may be collected and not retained, these elements of our Services are not available to children under the age of thirteen. If a child who we know to be under the age of thirteen and for whom we have not received parental consent attempts to utilize a service on our Services which is not available to children, he/she will not be able to access it and may receive a message which relays that he/she is not eligible for such feature.

- *Contact Us Regarding Privacy.*

If you have questions or concerns about this Privacy Policy, you can contact us at:

**Privacy Administrator**
**Motorsport.tv Digital, LLC**
5972 NE 4th Avenue
Miami, FL 33137
A

Or send an email to privacy@motorsport.com

- *Notification of Changes.*

If we make an important change to this Privacy Policy, we will post a notification and link on our Website's homepage and within our Applications, Mobile Games and Social Games so that you may review the updated policy.

LAST UPDATED AND EFFECTIVE DATE: JULY 10, 2014

# Exhibit C

Create Account          Finished

# Create your account

Already have an account? Sign In

Email

Password

Confirm password

I'm not a robot
reCAPTCHA
Privacy - Terms

By clicking Continue, you agree to the Terms of service and Privacy Policy.

Click here to receive the Motorsport.tv newsletter

We, Motorsport Network (owners of Motorsport.tv), value our customers and want to make sure you get the very best content, deals, offers and promotions. We promise not to send too many communications to you and you can change your mind easily at any time.

Continue