**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:24-CV-24066-CMA**

ALAN GUERECA individually and on behalf of all others similarly situated,

                Plaintiff,

v.

MOTORSPORT.TV DIGITAL, LLC,

                Defendant.

**JOINT MOTION TO CONDUCT VIRTUAL MEDIATION AND APPOINT THE HON. WAYNE R. ANDERSEN (RET.) AS MEDIATOR**

Plaintiff Alan Guereca and Defendant Motorsport.tv Digital, LLC, (collectively, "the Parties") jointly move for an order approving the parties' selection of the Hon. Wayne R. Andersen (ret.) as mediator and permitting the mediation to occur by videoconference. In support, the Parties state as follows:

(1) The Parties have jointly selected the Hon. Wayne R. Andersen, retired District Judge – U.S. District Court for the Northern District of Illinois, and currently a neutral with JAMS, to serve as the mediator in this putative class action that alleges violations of the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2701 *et. seq*. The Parties have chosen Judge Andersen based on his significant experience in assisting parties resolve data privacy class actions, and the Parties' assessment Judge Andersen will effectively and fairly act as a neutral in this dispute. (*See Curriculum Vitae of* the *Hon. Wayne R. Andersen* (ret.) attached as Exhibit A).

(2) Pursuant to the Court's Order dated December 23, 2024 (ECF No. 10), the Parties' deadline to select a mediator is January 13, 2025. Provided the Court approves Judge Andersen to

serve as mediator the parties have arranged to attend mediation, remotely, before Judge Andersen **on (or before) June 17, 2025**.

(3) While Judge Andersen is not on the Court's Certified Mediator's List, he otherwise meets all the criteria set forth in Local Rule 16.2(b)(3), has reviewed Local Rule 16.2, and agrees to comply with his obligations thereunder and under all applicable authorities. Accordingly, the Parties ask that this Court appoint him to serve as mediator in this case.

(4) Because Judge Andersen is based in Chicago, Illinois and given the significant costs to travel for an in-person mediation, the Parties request permission to conduct the mediation by virtual means.

**WHEREFORE**, the Parties respectfully request that the Court approve the Hon. Wayne R. Andersen (ret.) to serve as the mediator in this case and to conduct mediation remotely.

| | |
|---|---|
| DATED: January 13, 2025 | Respectfully Submitted, |
| /s/ *Arun Ravindran* | /s/ *Kyle W. Woodford* |
| **Arun G. Ravindran** (FBN: 66247) | Kyle W. Woodford (FBN:1033490) |
| Hedin LLP | Ryan D. Schoeb (FBN:109257) |
| Frank S. Hedin (FBN: 109698) | Wood, Smith, Henning & Berman LLP |
| Julie E. Holt (FBN: 95997) | 1501 South Church Avenue, |
| Elliot O. Jackson (FBN: 1034536) | Suite 200 |
| 1395 Brickell Avenue, Suite 610 | Tampa, Florida 33629 |
| Miami, FL 33131 | Telephone: 813-422-6910 |
| 305-357-2107 | Fax: 813-425-6983 |
| Email: aravindran@hedinllp.com | kwoodford@wshblaw.com |
| | rschoeb@wshblaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |