



# Hon. Wayne R. Andersen

## (Ret.)

MEDIATOR    ARBITRATOR

COURT-APPOINTED NEUTRAL (REFEREE/SPECIAL MASTER)

NEUTRAL EVALUATOR    HEARING OFFICER

**Hon. Wayne R. Andersen (Ret.)** joined JAMS in 2010 after serving for nearly 20 years as a U.S. District Judge for the Northern District of Illinois and an additional seven years as a Judge in the Circuit Court of Cook County. On the bench, Andersen made a reputation as an effective settlement judge, conducting thousands of settlement conferences with parties in state and federal court and often withholding entry of judgement on jury verdicts while the parties, usually with his assistance, worked out post trial final settlements.

While at JAMS, Judge Andersen has helped parties resolve disputes in a wide array of matters including acting as a mediator, arbitrator and discovery master for commercial, class action, employment, health care, IP, securities and personal injury matters.

Believing it is never too late to try to settle, he has coordinated efforts with settlement attorneys at the Seventh Circuit to enable parties to settle even while cases are on appeal.

Counsel praise Judge Andersen for his superb people skills; exceptional legal knowledge; and well written, legally sound, and timely rulings.

## ADR Experience and Qualifications

- Full-time alternative dispute resolution practice since 2010 following an active, settlement-focused career as a judge
- Effected a number of historic settlements, including the *Shakman* litigation, which attempted to eliminate illegal patronage practices involving government employees in Chicago and Cook County.
- Fashioned a multi-tiered nationwide settlement of sexual harassment claims involving thousands of female employees working for an industry leading global company. He also negotiated payment of attorney's fees in this case

## Representative Matters

- Special Master, selected by the parties and the Court, to resolve challenges to the administrator's claim awards in then-largest Telephone Consumer Protection Act (TCPA) settlement
- Party-appointed monitor tasked with ensuring pricing compliance on $295 million settlement
- Mediated and settled National Collegiate Athletic Association (NCAA) concussion matter and named by the parties as Chair of the Medical Science Committee created by that settlement
- Successfully settled numerous class action claims alleging violation of the Telephone Consumer Protection Act (TCPA) for auto-dialing "blast faxing," and SMS/text-based communications with consumers
- Settled a putative class action involving violations of the Fair Credit Reporting Act (FCRA)
- Settled matter involving dissolution of a professional practice, including allegations of sexual harassment and buy-out from the practice group
- Settled matter for breach of contract involving sales and marketing agreement between a start-up and a venture capitalist
- Settled putative nationwide class action involving "non-functional slack-fill" in packaging of consumer goods that plaintiffs claimed led consumers to believe packages contained more product than they actually did
- Mediated and settled matter involving unpaid earn outs on a business purchase and sale agreement
- Settled putative class matter brought on behalf of a group of subcontractors disputing general contractor's right to recoup on re-fueling and transportation surcharges
- Mediated and settled putative class matter related to solicitation of charitable donations
- Mediated and settled putative class action involving improper disposal charges levied by a solid waste hauler in three Southern states
- Mediated and settled a series of class cases involving product defects in paints/sealers
- Mediated and settled a series of class cases involving mortgage lending practices under the Fair Debt Collection Act (FDCA)
- Mediated and settled numerous shareholder disputes
- Mediated and settled class action related to the marketing and sale of margarine claiming certain health benefits

- Mediated and settled putative class matter involving sale and marketing of an "all natural" sleep aid
- Mediated and settled civil rights action for wrongful death where an inmate who had received medical attention in a correctional setting died shortly after release from prison
- Mediated and settled numerous employment matters for gender and racial discrimination, age discrimination, sexual harassment, unequal pay and retaliation in both state and federal contexts, including FLSA, ADA, Title VII, Title IX, and the Illinois Wage Protection Act amongst others
- Mediated and settled patent infringement claim involving design of an assault rifle
- Mediated and settled trade secrets case involving a process to extract and purify cannabidiol (CBD) from industrial hemp
- Mediated and settled Title IX claim where coach had allegedly engaged in inappropriate behavior with team assistants and athletes of both sexes
- Mediated and settled matter involving health claims associated with vitamin supplements
- Played a substantial role in settling three sub-classes of shareholders who felt that their rights had been violated as a result of the merger of two major banks
- Helped settle and oversaw confirmatory discovery in a $200 million plus settlement of a shareholder class action suit
- Presided over the hearings of the joint investigation of the sinking of the Deepwater Horizon (Gulf of Mexico oil spill)
- Settled individual injury claims by war protesters who had been physically injured during confrontations with police officers trying to control and then arrest several thousand demonstrators
- Resolved at its inception a lawsuit involving "curb cuts" throughout the City of Chicago to enable the City to maximize its ability to make walkways accessible to people with disabilities
- Mediated and arbitrated healthcare disputes between insurers, insureds and medical providers.

# Honors, Memberships, and Professional Activities

Completed Virtual ADR training conducted by the JAMS Institute, the training arm of JAMS.

- Recipient, Justice John Paul Stevens Award for commitment to integrity and public service in the practice of law, The Chicago Bar Foundation and The Chicago Bar Association, 2010
- Member, Judicial Conference of the United States, 2006-2009
    - Chair of the District Judges meeting at the semi-annual meeting of the Judicial Conference, 2009
    - Member, Judicial Branch Committee, 1996-2005
- Recipient of Award for Public Service, National Highway Traffic Safety Administration
- Member, Board of Directors, Shirley Ryan AbilityLab, formerly the Rehabilitation Institute of Chicago (Chairperson of Compensation Committee and Translational Medicine Committee)
- Member (and past president), University of Illinois College of Law Board of Visitors

- Member, Federal Judges Association and Illinois Judges Association
- Member, Federal Bar Association
- Member, Chicago Bar Association (past member, Board of Managers)
- Member, Schools & Scholarship Committee, Chicago Chapter, Harvard College

# Background and Education

- Judge, U.S. District Court for the Northern District of Illinois, 1991-2010
- Judge, Circuit Court of Cook County, 1984-1991
- Deputy Secretary of State of Illinois, 1981-1984
- Partner, Burditt and Calkins, 1977-1980 (Associate, 1972-1976)
- Administrative Assistant to Henry J. Hyde, Majority Leader of the Illinois House of Representatives, 1970-1972
- Legislative Intern, University of Illinois Legislative Staff Internship program, 1970-1971
- J.D., University of Illinois College of Law, 1970 (Editor-in-Chief, the *Caveat* student newspaper)
- B.A., *cum laude*, Harvard University, 1967, where he was captain of the track team and remains co-holder of the 100-yard dash record

# Counsel Comments

"He gets very involved in helping get parties together to achieve settlement."

**- Almanac of the Federal Judiciary**

"He is very adept at diffusing uncomfortable situations that may arise. He encourages the exchange of ideas."

**- Almanac of the Federal Judiciary**

"He always does the right thing in a courtroom. Both sides of any matter always feel as if they got a fair trial. He has no leanings."

**- Almanac of the Federal Judiciary**

# Home Office

# HOME OFFICE

## Chicago, Illinois

71 S. Wacker Drive Suite 2400, Chicago, IL 60606

312-655-0555          Contact Us

View Location Details

## Available to Travel

# AVAILABLE TO TRAVEL

## Atlanta, Georgia

1201 W Peachtree, NW, Suite 2650, Atlanta, GA 30309

404-588-0900      Contact Us

View Location Details

## Boca Raton, Florida

2500 N. Military Trail, Suite 200, Boca Raton, FL 33431

561-393-9733      Contact Us

View Location Details

## Boston, Massachusetts

One Boston Place, 201 Washington Street, Suite 3300, Boston, MA 02108

617-228-0200      Contact Us

View Location Details

## Century City, California

1925 Century Park East, 14th Floor, The Watt Plaza, Los Angeles, CA 90067

310-392-3044      Contact Us

View Location Details

## Dallas, Texas

8401 N. Central Expressway, Suite 610, Dallas, TX 75225

214-744-5267      Contact Us

View Location Details

## Detroit, Michigan

150 West Jefferson, Suite 1600, Detroit, MI 48226

313-872-1100      Contact Us

View Location Details

## Houston, Texas

609 Main Street, Suite 3930, Houston, TX 77002

713-651-1400      Contact Us

View Location Details

## Inland Empire, California

Citrus Towers, 3390 University Ave., Suite 450, Riverside, CA 92501

909-942-5942      Contact Us

View Location Details

## Las Vegas, Nevada

7160 Rafael Rivera Way, Suite 400, Las Vegas, NV 89113

702-457-5267      Contact Us

View Location Details

## London, United Kingdom

1 Paternoster Lane, St. Paul's, London EC4M7BQ UK

+44 207 583 9808      Contact Us

View Location Details

## Los Angeles, California

555 West 5th St., 32nd Floor, Los Angeles, CA 90013

213-620-1133      Contact Us

View Location Details

## Miami, Florida

One Biscayne Tower, 2 South Biscayne Boulevard, Suite 3600, Miami, FL 33131

305-371-5267      Contact Us

View Location Details

## Minneapolis, Minnesota

90 S. 7th Street • Suite 3875, Minneapolis, MN, 55402

612-332-8225      Contact Us

View Location Details

## Nashville, Tennessee

Virtual Location

(629) 888-0886      Contact Us

View Location Details

## New York, New York

NY Times Building, 620 8th Ave, 34th Floor, New York, NY 10018

212-751-2700      Contact Us

View Location Details

## Orange County, California

5 Park Plaza, Suite 400, Irvine, CA 92614

714-939-1300      Contact Us

View Location Details

## Philadelphia, Pennsylvania

1717 Arch Street, Suite 3810, Philadelphia, PA 19103

215-246-9494      Contact Us

View Location Details

## Raleigh, North Carolina

Virtual Location

984-960-2702      Contact Us

View Location Details

## Sacramento, California

1415 L Street, Suite 700, Sacramento, CA 95814

916-921-5300      Contact Us

View Location Details

## San Diego, California

401 B Street, Suite 2100, San Diego, CA 92101

619-236-1848      Contact Us

View Location Details

## San Francisco, California

Two Embarcadero Center, Suite 1500, San Francisco, CA 94111

415-982-5267      Contact Us

View Location Details

## Santa Rosa, California

50 Old Courthouse Square, Suite 600, Santa Rosa, CA 95404

707-527-5267      Contact Us

View Location Details

## Seattle, Washington

1420 Fifth Ave., Suite 1650, Seattle, WA 98101

206-622-5267      Contact Us

View Location Details

## Silicon Valley, California

160 W. Santa Clara St., Suite 1600, San Jose, 95113 CA

408-288-2240      Contact Us

View Location Details

### St. Louis, Missouri

190 Carondelet Plaza, Suite 1450, Clayton, MO 63105

314-334-5267      Contact Us

View Location Details

### Toronto, Ontario, Canada

77 King Street West, Suite 2020, Toronto, ON M5K 1A1

212-751-2700      Contact Us

View Location Details

### Walnut Creek, California

1255 Treat Blvd., Suite 700, Walnut Creek, CA 94597

925-938-5060      Contact Us

View Location Details

### Washington, D.C.

1155 F Street, NW, Suite 1150, Washington, DC 20004

202-942-9180      Contact Us

View Location Details

# NEWS

### JAMS Places First in the Daily Business Review "Best of 2015" Survey

November 18, 2015

### JAMS Neutrals Dominate Chicago *Leading Lawyers* Survey

November 11, 2014

### JAMS Places First in the National Law Journal "Best of Chicago" Survey

October 29, 2012

### JAMS Panelist Receives Award of Excellence from Coast Guard

August 28, 2012

### Judge Wayne R. Andersen Honored with 2010 John Paul Stevens Award

September 13, 2010

### Retired U.S. District Judge Wayne Andersen Joins JAMS Chicago Panel

August 2, 2010

# EVENTS

## Past Events

**May 08, 2024**

Chicago Networking Reception

**April 1, 2022**

Settlement in the 21st Century

**December 3, 2020**

Mediating Settlements of Complex Cases in a Diverse COVID Climate

**November 11 - 13, 2020**

Improved Negotiation, Mediation & Advocacy Skills

**May 19, 2020**

Cross-Fertilization: Learning From Mediators Who Do Different Stuff Than You Do

**March 2 - 3, 2020**

Advanced Workshop for Improved Negotiation, Mediation and Advocacy Skills: Sophisticated Strategies to become a better Advocate and Mediator

June 15 - 16, 2017

ABA: 10th Annual Arbitration Training Institute

May 12, 2014

PLI's Illinois MCLE Marathon 2014

April 8, 2014

Challenges Facing the Food and Beverage Industries in Complex Consumer Litigations

May 8, 2013

Settlement in the Federal Courts

**Disclaimer**

This page is for general information purposes.  JAMS makes no representations or warranties regarding its accuracy or completeness.  Interested persons should conduct their own research regarding information on this website before deciding to use JAMS, including investigation and research of JAMS neutrals. See More