**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:24-CV-24066-CMA**

ALAN GUERECA individually and on behalf of all others similarly situated,

        Plaintiff,

v.

MOTORSPORT.TV DIGITAL, LLC,

        Defendant.

## ORDER GRANTING JOINT MOTION TO CONDUCT VIRTUAL MEDIATION AND APPOINTING WAYNE R. ANDERSEN AS MEDIATOR

**THIS CAUSE** comes before the Court upon the Parties' Joint Motion to Conduct Virtual Mediation and to Appoint the Wayne R. Andersen as Mediator.

Upon review, it is ORDERED THAT:

The Motion is **GRANTED**. Wayne R. Andersen is appointed as mediator and, for the reasons provided in the Joint Motion, the mediation may be conducted remotely.

DONE AND OREDRED this _____ day of _____, 2025.

                                                                       _____
                                                                       CECILIA M. ALTONAGA
                                                                       Chief United States District Judge

cc: All counsel of Record