# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO. 1:24-CV-24066-CMA

ALAN GUERECA, individually
and on behalf of all others similarly situated,

            Plaintiff,

v.

MOTORSPORT.TV DIGITAL, LLC,

           Defendant.

## UNOPPOSED MOTION FOR SEVEN-DAY EXTENSION TO FILE OPPOSITION TO MOTION TO DISMISS

Plaintiff Alan Guereca through the undersigned counsel respectfully requests a seven-day enlargement of time in which to file his opposition to the Motion to Dismiss ("the Motion") (ECF No. 12) and states as follows:

(1) This is a putative class action under the Video Privacy Protection Act ("the VPPA"), 18 U.S.C. 2710. It alleges that Defendant Motorsport.Tv Digital, LLC violated the VPPA by making non-consensual disclosures of the Personal Identifying Information ("PII") of subscribers to its Motorsport.tv website to Meta, Inc. via a the Meta Pixel, a piece of programming code that Defendant used on the website.

(2) The Motion raises two grounds for dismissal: (1) that Plaintiff has failed to state a claim under the VPPA because the Complaint fails to allege Defendant installed the pixel or disclosed PII to Meta; and (2) that Plaintiff consented to Defendant's disclosures to Meta. Alternatively, the Motion seeks for the Class allegations to be stricken based on the decision in *Martinez v. D2C, LLC,* No. 23-21394-CIV, 2024 WL 4367406, at *1 (S.D. Fla. Oct. 1, 2024).

(3)     Defendant filed the motion on January 6, 2025.  (ECF No. 12).  Under Local Rule 7.1(c)(1), Plaintiff's opposition is due on Tuesday January 21, 2025 since the natural due date, Monday January 20, 2025, falls on a court holiday.

(4)     Plaintiff seeks a seven-day extension of time to file his opposition.  The extension is sought because of other court commitments and pre-arranged holiday travel.  Specifically, on Wednesday January 15, 2025, the undersigned is travelling to Key West, appearing before Judge Moore for a plea and sentencing, and returning from Key West in connection with a CJA appointment in *United States v. Capote Leon*, 4:24-cr-10027-KMM.  On Friday January 17, 2025, the undersigned is travelling out of town for a preplanned vacation and scheduled to return on Monday January 20, 2025.  The undersigned seeks a seven-day extension of time to accommodate these court commitments and personal travel and to fully respond to the Motion.

(5)     The undersigned has conferred with counsel for Defendant who advises Defendant does not oppose the request for extension.

| | |
|---|---|
| January 13, 2025 | Respectfully Submitted,<br>s/*Arun G. Ravindran*<br><br>Arun Ravindran, FBN: 66247<br>Julie E. Holt, FBN: 95997<br>**Hedin LLP**<br>1395 Brickell Ave,<br>Suite 610<br>Miami, Florida, 33131<br>Telephone: (305) 357-2107<br>Fax: (305) 200-8801<br>aravindran@hedinllp.com<br>jholt@hedinllp.com<br>***Attorneys for Plaintiff and the Putative Class*** |