UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:24-CV-24066-CMA

ALAN GUERECA, individually
and on behalf of all others similarly situated,

        Plaintiff,

  v.

MOTORSPORT.TV DIGITAL, LLC,

        Defendant.

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR SEVEN-DAY EXTENSION TO FILE OPPOSITION TO MOTION TO DISMISS

THIS CAUSE comes before the Court upon Plaintiff Alan Guereca's Unopposed Motion for Seven-Day Extension to File Opposition to Motion to Dismiss. Upon review, it is

ORDERED THAT

The motion is **Granted**. Plaintiff shall file his opposition to the Motion to Dismiss on or before January 28, 2025.

DONE AND ORDERED in Miami, Florida this _____ day of January, 2025.

                                                    _____
                                                    CECILIA M. ALTONAGA
                                                    Chief United States District Judge

cc: all counsel of record