UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24066-CIV-ALTONAGA/Reid

ALAN GUERECA,

    Plaintiff,

v.

MOTORSPORT.TV DIGITAL, LLC,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court on the parties' Joint Motion to Conduct Virtual Mediation and Appoint the Hon. Wayne R. Andersen (Ret.) as Mediator [ECF No. 13], filed on January 13, 2025.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED** as unnecessary.[1]  The parties are to submit a proposed order scheduling mediation which includes the date and time of the mediation conference in accordance with the instructions outlined in the Order Setting Jury Trial and Pre-trial Schedule **[ECF No. 10]** by **January 16, 2025**.

**DONE AND ORDERED** in Miami, Florida, this 14th day of January, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] Under Local Rule 16.1(a)(2), parties may conduct mediation via video-conference.