UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24066-CIV-ALTONAGA/Reid

ALAN GUERECA,

    Plaintiff,
v.

MOTORSPORT.TV DIGITAL, LLC,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff Alan Guereca's Renewed Unopposed Motion for Seven-Day Extension to File Opposition to Motion to Dismiss [ECF No. 17]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Plaintiff shall file his opposition to the Motion to Dismiss on or before **January 28, 2025**. The February 3, 2025 deadline to amend pleadings (*see* Scheduling Order [ECF No. 10] 1) will not be extended.

**DONE AND ORDERED** in Miami, Florida, this 15th day of January, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record