UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24066-CIV-ALTONAGA/Reid

ALAN GUERECA,

    Plaintiff,
v.

MOTORSPORT.TV DIGITAL, LLC,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held before Judge Wayne R. Andersen (Ret.) on (or before) June 17, 2025, at 10:00 a.m. via Zoom. The parties are reminded that a report of their mediation must be filed within seven (7) days thereafter.

**ENTERED** this 22nd day of January, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record