**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:24-CV-24066-CMA**

ALAN GUERECA, individually
and on behalf of all others similarly situated,

                 Plaintiff,

   v.

MOTORSPORT.TV DIGITAL, LLC,

                 Defendant.

**NOTICE OF MOTION FOR WITHDRAWAL OF ARUN G. RAVINDRAN AS COUNSEL FOR PLAINTIFF**

Plaintiff, by and through the undersigned, hereby moves this Court to allow the undersigned to withdraw as counsel of record in this matter because he is leaving employment at Hedin LLP. Counsel at Hedin LLP will remain as counsel of record. Counsel for Defendant consents to the relief sought herein.

Dated: January 31, 2025

                 Respectfully Submitted,

               /s/ *Arun G. Ravindran*

               Arun Ravindran, FBN: 66247
               **Hedin LLP**
               1395 Brickell Ave,
               Suite 610
               Miami, Florida, 33131
               Telephone: (305) 357-2107
               Fax: (305) 200-8801
               aravindran@hedinllp.com