**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:24-CV-24066-CMA**

ALAN GUERECA, individually
and on behalf of all others similarly situated,

                        Plaintiff,
    v.

MOTORSPORT.TV DIGITAL, LLC,

                        Defendant.

**[PROPOSED] ORDER TO WITHDRAW AS COUNSEL**

      THIS CAUSE comes before the Court upon Plaintiff's Motion to Permit Arun Ravindran, Esq. to Withdraw as Counsel of Record. The Court has considered the motion and the record.

      It is therefore,

      ORDERED AND ADJUDGED that the Plaintiff's motion is GRANTED.

The Clerk of the Court is directed to remove Arun Ravindran, Esq. as attorney of record.

DONE AND ORDERED on this __ day of February 2025.

                                                               _____
                                                              CECILIA M. ALTONAGA
                                                               Chief United States District Judge