UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24066-CIV-ALTONAGA/Reid

ALAN GUERECA,

    Plaintiff,
v.

MOTORSPORT.TV DIGITAL, LLC,

    Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court on Plaintiff's Motion to Permit Arun Ravindran to Withdraw as Counsel of Record [ECF No. 21]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Clerk of the Court is directed to remove Arun Ravindran as attorney of record.

**DONE AND ORDERED** in Miami, Florida, this 1st day of February, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record