UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:24-CV-24066-CMA

ALAN GUERECA, individually
and on behalf of all others similarly situated,

                Plaintiff,

   v.

MOTORSPORT.TV DIGITAL, LLC,

                Defendant.

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

    The Parties hereby respectfully request that the Court enter the Stipulated Protective Order attached hereto as Exhibit A. The Stipulated Protective Order was jointly agreed to by the Parties.

DATED: February 10, 2025

Respectfully Submitted,

| | |
|---|---|
| /s/ *Julie Holt* | s/ *Kyle W. Woodford* |
| Julie Holt (FBN: 95997) | Kyle W. Woodford (FBN:1033490) |
| 1395 Brickell Avenue, Suite 610 | Ryan D. Schoeb (FBN:109257) |
| Miami, FL 33131 | Wood, Smith, Henning & Berman LLP |
| 305-357-2107 | 1501 South Church Avenue, |
| Email: jholt@hedinllp.com | Suite 200 |
| | Tampa, Florida 33629 |
| *Attorney for Plaintiff* | Telephone:  813-422-6910 |
| | Fax:  813-425-6983 |
| | kwoodford@wshblaw.com |
| | rschoeb@wshblaw.com |
| | |
| | *Attorneys for Defendants* |