UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24066-CIV-ALTONAGA/Reid

**ALAN GUERECA**,

   Plaintiff,
v.

**MOTORSPORT.TV DIGITAL, LLC**,

   Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, Alan Guereca's Motion for Extension of Deadlines [ECF No. 32]. Plaintiff seeks — over Defendant, Motorsport.tv Digital, LLC's objection — to extend all but one of the remaining pre-trial deadlines in the Scheduling Report [ECF No. 10]. (*See generally* Mot). In support of his request, Plaintiff asserts that Defendant has withheld critical class discovery, delayed its production, and, at times, ignored him. (*See id.* ¶¶ 3–12).

Given the fast-approaching deadlines, such as the March 11, 2025 deadline to exchange expert witness summaries or reports on issues of class certification, it is

**ORDERED** that Defendant, Motorsport.tv Digital, LLC shall file an expedited response to Plaintiff, Alan Guereca's Motion **[ECF No. 32]** by **Wednesday, March 5, 2025, at 12:00 PM**. Plaintiff has until **Thursday, March 6, 2025, at 12:00 PM** to file a reply.

CASE NO. 24-24066-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 4th day of March, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record