UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:24-CV-24066-CMA

ALAN GUERECA, individually
and on behalf of all others similarly situated,

                Plaintiff,

v.

MOTORSPORT.TV DIGITAL, LLC,

                Defendant.

## NOTICE OF ISSUES TO BE DISCUSSED AT DISCOVERY HEARING

Plaintiff Alan Guereca, pursuant to the Standing Discovery Order for Magistrate Judge Lisette M. Reid, provides notice of an in-person discovery hearing that has been scheduled for March 7, 2025 at 9:30AM before Magistrate Judge Reid on Plaintiff's Motion to Compel the following discovery:

1. Plaintiff's Request for Production ("RFP") No. 1, which requests "All documents, communications, and ESI concerning the Plaintiff." Defendant has produced a partial response, but has not produced communications or video viewing activities.

2. Plaintiff's RFP Nos. 2–6, and 8 concerning Defendant's use of the Meta Pixel. Defendant has produced partial responses, but has not produced any documents related to the Meta Pixel reports or data it obtains from its use of the Meta Pixel, communications or correspondence with Meta, contracts or agreements with Meta, documents or communications regarding its decision to install the Meta Pixel, or all the events and parameters of its Meta Pixel showing its full operation and the information it transmitted.

3. Plaintiff's RFP Nos. Nos. 11–13, concerning putative class members. Defendant produced a partial response but did not produce the email addresses or video viewing information for the putative class members.

4. Plaintiff's RFP No. 15 and 20, requesting documents to establish Defendant's retention policies with respect to purchases and other service requests. Defendant has produced nothing.

1

5. Plaintiff's RFP No. 18, requesting organizational charts. Defendant has produced nothing.

6. Plaintiff's Interrogatory No 3, regarding the time Defendant used the Meta Pixel and the underlying events collected by the Meta Pixel. Defendant answered with respect to the time period for which it used the Meta Pixel, but not the underlying events and parameters of the Meta Pixel.

March 5, 2025

Respectfully Submitted,

s/*Julie Holt*
Julie Holt, FBN: 95997
**Hedin LLP**
1395 Brickell Ave, Ste 610
Miami, Florida, 33131
Telephone: (305) 357-2107
jholt@hedinllp.com
***Attorney for Plaintiff and the Putative Class***

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide electronic notification of such filing to all parties of record.

/s/ *Julie Holt*