UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:24-CV-24066-CMA**

ALAN GUERECA individually and on behalf of all others similarly situated,

                Plaintiff,

  v.

MOTORSPORT.TV DIGITAL, LLC,

                Defendant.

**ORDER GRANTING JOINT MOTION TO STAY PENDING
SETTLEMENT NEGOTIATIONS**

**THIS CAUSE** comes before the Court upon the Parties' Joint Motion for Entry of Stay Pending Settlement Negotiations and Incorporated Memorandum of Law. Upon review, and by agreement of the Parties, it is ORDERED THAT:

The Motion is **GRANTED**. This matter is hereby stayed for ninety (90) days, pending the ongoing settlement negotiations between the Parties.

DONE AND OREDRED this _____ day of _____, 2025.

                                                                _____
                                                              CECILIA M. ALTONAGA
                                                              Chief United States District Judge

cc: All counsel of Record