UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24066-CIV-ALTONAGA/Reid

**ALAN GUERECA**,

    Plaintiff,

v.

**MOTORSPORT.TV DIGITAL, LLC**,

    Defendant.

_____/

**ADMINISTRATIVE ORDER CLOSING CASE**

**THIS CAUSE** came before the Court upon the Joint Motion for Entry of Stay Pending Settlement Negotiations, filed on March 5, 2025 [ECF No. 36]. To conserve the parties' and judicial resources, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **ninety (90) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case within ninety (90) days of the date of this Order.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 5th day of March, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record