UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:24-CV-24066-CMA

ALAN GUERECA, individually
and on behalf of all others similarly situated,

          Plaintiff,

v.

MOTORSPORT.TV DIGITAL, LLC,

          Defendant.

## JOINT MOTION TO REOPEN CASE AND PROPOSED CASE MANAGEMENT SCHEDULE

Plaintiff Alan Guereca and Defendant Motorsport.tv Digital, LLC, jointly move this Court to reopen the case, and states as follows:

1. This is a putative class action under the Video Privacy Protection Act ("the VPPA"), 18 U.S.C. 2710. It alleges that Defendant Motorsport.Tv Digital, LLC violated the VPPA by making non-consensual disclosures of the Personal Identifying Information ("PII") of subscribers to its Motorsport.tv website to Meta, Inc. via the Meta Pixel, a piece of programming code that Defendant used on the website.

2. On March 5, 2025, the parties jointly moved to stay the case pending settlement negotiations. ECF No. 36. This Court granted the stay that same day. ECF No. 38. This Court also ordered that either party may request the Court reopen the case within 90 days of the order. *Id*.

3. The parties participated in a mediation on May 1, 2025, but failed to reach a resolution.

1

    4.      Therefore, the parties jointly move this Court to reopen the case.

    5.      The parties propose the following case management schedule:

          June 30, 2025: Pleadings Close

          November 20, 2025: Fact Discovery Closes

          December 19, 2025: Expert Reports Due

          January 23, 2026:  Rebuttal Expert Reports Due

          February 27, 2026:   Expert Discovery Closes

          March 10, 2026: Class Certification Motion Due

          March 31, 2026:  Mediation Report Due

          Thirty days after Court's ruling on class certification motion:  Motions for Summary Judgment Due

          Thirty days after Court's rule on summary judgment motions:  All pre-trial motions and Daubert motions due.

June 2, 2025                        Respectfully Submitted,

                                        s/*Julie Holt*  
                                        Julie Holt, FBN: 95997  
                                        **Hedin LLP**  
                                        1395 Brickell Ave,  
                                        Suite 610  
                                        Miami, Florida, 33131  
                                        Telephone: (305) 357-2107  
                                        Fax: (305) 200-8801  
                                        jholt@hedinllp.com  
                                        ***Attorney for Plaintiff and the Putative Class***

                                        *s/ Kyle W. Woodford*  
                                        Kyle W. Woodford (FBN:1033490)  
                                        Wood, Smith, Henning & Berman LLP  
                                        1501 South Church Avenue,

Suite 200
Tampa, Florida 33629
Telephone:  813-422-6910
Fax:  813-425-6983
kwoodford@wshblaw.com

***Attorneys for Defendant***