UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24066-CIV-ALTONAGA/Reid

**ALAN GUERECA**,

    Plaintiff,
v.

**MOTORSPORT.TV DIGITAL, LLC**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on the parties' Joint Motion to Reopen Case . . . [ECF No. 39], filed on June 2, 2025.  Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Motion to Reopen Case . . . **[ECF No. 39]** is **GRANTED in part**.

2. The deadlines set forth in the Scheduling Order **[ECF No. 10]** are amended as follows:

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **January 12, 2026**.  Calendar call will be held at **9:00 a.m. on Tuesday, January 6, 2026**. Additionally, the parties shall adhere to the following schedule:

**July 21, 2025**.  Deadline for completing class certification discovery.

**July 31, 2025**.  Plaintiffs file motion for class certification.

**August 18, 2025**.  Parties exchange expert witness summaries or reports.

**September 2, 2025**.  Parties exchange rebuttal expert witness summaries or reports.

**September 22, 2025**.  All discovery, including expert discovery, is completed.[1]

**October 6, 2025**.  All pre-trial motions and *Daubert* motions (which include motions to strike experts) are filed.  Each party is limited to filing one *Daubert* motion.  If all evidentiary issues cannot be addressed in a 20-page memorandum, leave to exceed the page

---

[1] The parties by agreement, and/or Magistrate Judge Reid, may extend this deadline, so long as such extension does not impact any of the other deadlines contained in this Scheduling Order.

limit will be granted.  **The parties are reminded that *Daubert* motions must contain the Local Rule 7.1(a)(3) certification**.  In the event of a bench trial, no *Daubert* motions are permitted.

**November 3, 2025**.  Parties must file and submit joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable, and motions *in limine* (other than *Daubert* motions).  Each party is limited to filing one motion *in limine* which may exceed the page limits allowed by the Rules.  **The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification**.  In the event of a bench trial, no motions *in limine* are permitted.

3.  Despite the parties' request, the Court declines to set a new deadline for motions to amend pleadings or join parties.  That deadline expired before the case was stayed for settlement negotiations.  Any request for amendment must be supported by a showing of good cause.

4.  Pursuant to 28 U.S.C. section 636 and this District's Magistrate Judge Rules, all discovery matters are referred to Magistrate Judge Lisette M. Reid.[2]  Furthermore, in accordance with 28 U.S.C. section 636(c)(1), the parties may consent to trial and final disposition by Magistrate Judge Reid.  The deadline for submitting a consent is **October 6, 2025**.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of June, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

---

[2] The parties shall continue to follow the instructions governing discovery disputes in the Court's Scheduling Order.  (*See* Scheduling Order 3).