UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:24-CV-24066-CMA

ALAN GUERECA, individually
and on behalf of all others similarly situated,

                Plaintiff,

   v.

MOTORSPORT.TV DIGITAL, LLC,

                Defendant.

## STIPULATION FOR SUBSTITUTION OF COUNSEL

The undersigned counsel hereby stipulate and agree that Julie Holt is relieved and terminated as counsel for Plaintiff Alan Guereca, and that Frank S. Hedin, Hedin LLP, is hereby substituted as counsel for Plaintiff.

All further communication and correspondence should be directed to:

Frank Hedin
Hedin LLP
1395 Brickell Ave Suite 610
Miami Florida 33131
Telephone: (305) 357-2107
Fax: (305) 200-8801
fhedin@hedinllp.com

    Date: June 24, 2025

| By: s/*Julie Holt* | By: s/*Frank S. Hedin* |
|---|---|
| Julie Holt, FBN: 95997 | Frank S. Hedin, FBN: 109698 |
| **Hedin LLP** | **Hedin LLP** |
| 1395 Brickell Ave, Suite 610 | 1395 Brickell Ave, Suite 610 |
| Miami, Florida, 33131 | Miami, Florida, 33131 |
| Telephone: (305) 357-2107 | Telephone: (305) 357-2107 |
| Fax: (305) 200-8801 | Fax: (305) 200-8801 |
| jholt@hedinllp.com | fhedin@hedinllp.com |

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide electronic notification of such filing to all parties of record.

*/s/ Frank Hedin*
