UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24066-CIV-ALTONAGA/Reid

ALAN GUERECA,

    Plaintiff,

v.

MOTORSPORT.TV DIGITAL, LLC,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On June 27, 2025, the Court entered an Order Administratively Closing [the] Case [ECF No. 44], requiring the parties to file a stipulation of dismissal within sixty (60) days of the Order. To date, no stipulation of dismissal has been filed, nor have the parties requested additional time to comply.

Accordingly, it is

**ORDERED** that the case is **DISMISSED** without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 27th day of August, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record